# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>CHRISTINA DURANKO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>　　　　Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br><br>Case No. 3:21-cv-00054 |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiff and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:   September 16, 2025　　　　　　　Respectfully submitted,
.

　　　　　　　　　　　　　　　　　　　　**BURR & FORMAN LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Celeste T. Jones*
　　　　　　　　　　　　　　　　　　　　Celeste T. Jones (Fed. ID # 2225)
　　　　　　　　　　　　　　　　　　　　1221 Main Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　Columbia, South Carolina 29201
　　　　　　　　　　　　　　　　　　　　Tel: (803) 799-9800
　　　　　　　　　　　　　　　　　　　　CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, California 92618
(949) 622-2722
ron.raether@troutman.com

*Counsel for Blackbaud, Inc.*

**EAST END TRIAL GROUP LLC**

*/s/ Kevin W. Tucker*
Kevin W. Tucker
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
(412) 877-5220
ktucker@eastendtrialgroup.com

*Counsel for Plaintiff*